

**Jermaine Edward Holley,**
Grantor and Beneficiary of private trust property,
in proper person,
Plaintiff,

v.  CIVIL ACTION NO.: **1:25-CV-2485**-TRJ

**A Tow Atlanta Inc.**
180 Harriet Street SE
Atlanta, GA 30315
Defendant

## MOTION TO AMEND COMPLAINT AND CLARIFY STANDING

**COMES NOW** the Plaintiff, **Jermaine Edward Holley**, a natural man and **Grantor and Beneficiary of private trust property**, appearing **in proper person**, and respectfully moves this honorable Court to accept the following clarifications and amendments, and in support thereof states:

### 1. PURPOSE OF MOTION

This Motion is made to:

- Correct any misunderstanding of Plaintiff's role in this matter;
- Clarify that Plaintiff **is not acting as a legal representative of a separate entity**, but rather brings this action in his **own right and interest** as a man deprived of lawful use and possession of his property;
- Affirm Plaintiff's **standing to sue under federal and equitable law** without the need for licensed legal counsel.

## 2. CLARIFICATION OF STANDING

Plaintiff states the following:

1. Plaintiff is the **original Grantor** and a **Beneficiary** of the private trust which lawfully holds title to the property at issue — a 2019 Volkswagen Atlas (VIN: 1V2UR2CA6KC542517), registered under USDOT #4170192.
2. Plaintiff is **not acting as an attorney or legal representative** for the trust; rather, he brings this suit to vindicate his **personal, equitable, and constitutional interests** in said property.
3. Plaintiff has suffered **personal injury** through the unlawful seizure and continued detention of this private conveyance, in violation of the **Fourth, Fifth, and Fourteenth Amendments**, as well as under **Title II of the Americans with Disabilities Act (ADA)**.
4. Plaintiff seeks only the protection of his **natural rights**, the return of his personal use property, and access to redress through a system of justice funded by public means, without being barred due to lack of commercial currency.

## 3. REQUEST FOR LEAVE TO PROCEED

Pursuant to 28 U.S.C. § 1915 and Supreme Court authority (*Boddie v. Connecticut*, 401 U.S. 371 (1971); *Griffin v. Illinois*, 351 U.S. 12 (1956)), Plaintiff respectfully asks the Court to:

- Acknowledge that Plaintiff appears **in proper person**, not as a representative of another legal entity;
- Allow this action to proceed on its merits **without dismissal for lack of counsel**;
- Reinstate or approve Plaintiff's pending **in forma pauperis** request as a living man seeking equitable redress;
- Allow all further filings to reflect this clarified standing.

## 4. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Amend the case caption to reflect Plaintiff's proper standing;
2. Accept the Verified Complaint and attached filings as submitted by **Plaintiff in his own right**;
3. Grant all other relief this Court deems just, equitable, and proper.

Respectfully submitted,

By: _____
**Jermaine Edward Holley, Grantor and Beneficiary of private trust property
In proper person, without waiver of rights**
3276 Buford Drive, Suite 104, PMB #172
Buford, GA [30519]
Date: May 7, 2025

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF GEORGIA

# ATLANTA DIVISION

**Jermaine Edward Holley**,
Grantor and Beneficiary of private trust property,
in proper person,
Plaintiff,

v.                                    CIVIL ACTION NO.: <u>1:25-CV-2485</u>

**A Tow Atlanta Inc.**
180 Harriet Street SE
Atlanta, GA 30315
Defendant

## VERIFIED COMPLAINT FOR REPLEVIN AND EQUITABLE RELIEF

**COMES NOW** the Plaintiff, **Jermaine Edward Holley**, a living man, appearing **in proper person**, and respectfully petitions this honorable Court for equitable redress concerning the unlawful seizure and continued withholding of private trust property, and in support thereof states the following:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction under **28 U.S.C. § 1331** (federal question), **§ 1343** (civil rights), and may exercise supplemental jurisdiction over related state law claims pursuant to **28 U.S.C. § 1367**.
2. Venue is proper in this District under **28 U.S.C. § 1391(b)**, as the events giving rise to this complaint occurred within this judicial district, and Defendant resides and operates within this jurisdiction.

## II. PARTIES

3. Plaintiff is a living man and the **Grantor and Beneficiary** of private trust property held by the **JERMAINE EDWARD HOLLEY ESTATE LIVING TRUST**, a private non-commercial trust. Plaintiff brings this action in his own right and standing, not as a representative of a legal entity.
4. Defendant, **A Tow Atlanta Inc.**, is a Georgia-based corporation engaged in towing and impoundment operations, with a principal place of business at 180 Harriet Street SE, Atlanta, GA 30315.

## III. STATEMENT OF FACTS

5. On or about **April 15, 2025**, Plaintiff's private conveyance — a **2019 Volkswagen Atlas, VIN: 1V2UR2CA6KC542517**, registered under **USDOT #4170192** as **PRIVATE – NOT FOR HIRE** — was seized under color of law by agents of the Atlanta Police Department and transferred to the custody of Defendant, without warrant, judicial order, or lawful due process.
6. The subject property is rightfully owned and held in private trust, as evidenced by a **Certification of Trust** and a valid **Bill of Sale** dated October 1, 2024.
7. Plaintiff has made all good faith and lawful efforts to recover the property, including but not limited to:
   a. Delivery of lawful equitable notices and ADA documents
   b. Notification of a communication-based disability protected under federal law
   c. Presentation of a Habeas Corpus Peace Treaty and Color of Law Violation Warning
   d. Presentation of a private Rental Agreement and commercial Invoice for unauthorized possession
8. Despite these efforts, Defendant continues to withhold the property, demanding compliance with **commercial policies inapplicable to private trust property**, including demands for insurance and registration under a corporate jurisdiction.
9. Plaintiff has suffered deprivation, loss of use, emotional and economic harm, and violation of constitutionally protected rights and equitable interests in the subject property.

## IV. CLAIMS FOR RELIEF

**Count I – Replevin (Return of Private Trust Property)**

10. Plaintiff seeks the **immediate return** of the private conveyance under **Rule 64 of the Federal Rules of Civil Procedure, O.C.G.A. § 44-12-152**, and equitable doctrines protecting trust corpus from unlawful conversion.

### Count II – Injunctive Relief (Temporary and Permanent)

11. Plaintiff seeks both **temporary and permanent injunctive relief** prohibiting any sale, damage, transfer, or continued withholding of the conveyance, and ordering its return to the rightful beneficiary.

### Count III – Violation of Rights under the Constitution and ADA

12. Defendant's agents acted under color of law in a manner that violated Plaintiff's rights under the **Fourth, Fifth, and Fourteenth Amendments** by depriving Plaintiff of property without lawful process, and further violated **Title II of the Americans with Disabilities Act** by failing to accommodate Plaintiff's disability after notice was provided.

## V. EQUITABLE MAXIMS APPLIED

13. Plaintiff invokes the aid of this Court sitting in equity, relying upon the following equitable maxims:

- "Equity regards that as done which ought to have been done."
- "Equity will not suffer a wrong without a remedy."
- "Equity acts upon the person."
- "Equity follows the law, but not to its destruction."

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this honorable Court:

1. Issue a **Writ of Replevin** directing the **immediate return** of the 2019 Volkswagen Atlas to Plaintiff;
2. Grant a **Temporary Restraining Order** and **Permanent Injunction** to prevent any sale, damage, or further interference with Plaintiff's private trust property;
3. Award **compensatory and punitive damages** as just, proper, and within this Court's equitable discretion;
4. Grant leave to proceed **in forma pauperis**, as Plaintiff lacks commercial currency, and justice must not be denied based on wealth;

5. Award any further relief this Court deems **equitable, honorable, and just.**

Respectfully submitted,

By: _____
**Jermaine Edward Holley, Grantor and Beneficiary of private trust property**
**In proper person, without waiver of rights**
3276 Buford Drive, Suite 104, PMB #172
Buford, GA [30519]
Date: May 8, 2025